LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )  No. 2:08-cr-00565-MCE
          Plaintiff,            )
                                )   STIPULATION AND
                                )   ORDER CONTINUING STATUS
     v.                         )   CONFERENCE
                                )
SAUL CUEVAS, and                )
OSCAR SAUCEDA CUEVAS,           )
                                )
          Defendants.           )
_____ )

     IT IS HEREBY STIPULATED by and between Plaintiff United

States of America, by and through Acting United States Attorney

Lawrence G. Brown and Assistant U.S. Attorney Todd Leras,

Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul

Cuevas, and Attorney Ron Peters, Counsel for Defendant Oscar

Sauceda Cuevas, that the initial status conference scheduled for

January 8, 2009, be continued to February 19, 2009, at 9:00 a.m.

     The request to continue the status conference is made on the

ground that initial discovery has recently been provided to

counsel for both defendants.  Defense counsel need time to review

the discovery and discuss it with their respective clients.  In

1

addition, Ron Peters recently substituted into this case as
counsel for defendant Oscar Sauceda Cuevas, on January 5, 2009,
and is requesting additional time for attorney preparation.  The
government and both defendants agree that an exclusion of time is
appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4
(reasonable time to prepare).

Kathryn Kohlman Druliner and Ron Peters agree to this
request and have authorized Assistant United States Attorney Todd
Leras to sign this stipulation on their behalf.


DATED: January 7, 2009          By: /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant U.S. Attorney


DATED: January 7, 2009          By: /s/ Todd D. Leras for
                                     KATHRYN KOHLMAN DRULINER
                                     Attorney for Defendant
                                     SAUL CUEVAS


DATED: January 7, 2009          By: /s/ Todd D. Leras for
                                     RON PETERS
                                     Attorney for Defendant
                                     OSCAR SAUCEDA CUEVAS

**IT IS HEREBY ORDERED:**

1.   The status conference set for January 8, 2009 is continued to February 19, 2009, at 9:00 a.m.

2.   Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including February 19, 2009.

IT IS SO ORDERED.

Dated: January 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE