Law Offices of RON PETERS
Ron Peters (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone: (916) 922-9270
Facsimile: (916) 922-2465

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-08-565 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| SAUL CUEVAS, and | ) | |
| OSCAR SAUCEDA CUEVAS, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd Leras, Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul Cuevas, and Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the initial status conference scheduled for February 19, 2009, be continued to April 2, 2009 at 9:00 a.m.

The request to continue the status conference is made on the ground that initial discovery has recently been provided to counsel for both defendants. Defense counsel need time to review the discovery and discuss it with their respective clients.

In addition, Defense Counsel Ron Peters has been assigned to a felony jury trial in the Sacramento County Superior Court and will be in trial on February 19, 2009 (People vs Ponce, Case No. 08F03348)

1

1  The government and both defendants agree that an exclusion of time is appropriate under 18
2  U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).
3  Kathryn Kohlman Druliner and U.S. Attorney Todd Leras agree to this request and have
4  authorized Ron Peters to sign this stipulation on their behalf.

DATED: February 17, 2009           By: /s/ Ron Peters
                                   RON PETERS
                                   Attorney for Defendant
                                   OSCAR SAUCEDA CUEVAS

DATED: February 17, 2009           By: /s/ Ron Peters for
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: February 17, 2009           By: /s/ Ron Peters for
                                   KATHRYN KOHLMAN DRULINER
                                   Attorney for Defendant
                                   SAUL CUEVAS

**IT IS HEREBY ORDERED**:

1. The status conference set for February 19, 2009 is continued to April 2, 2009 at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including April 2, 2009.

IT IS SO ORDERED.

Dated: February 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE