```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )  CR. S-08-565 MCE
12            Plaintiff,          )
                                  )  STIPULATION AND
13                                )  ORDER CONTINUING STATUS
        v.                        )  CONFERENCE
14                                )
    SAUL CUEVAS, and              )
15  OSCAR SAUCEDA CUEVAS,         )
                                  )
16            Defendants.         )
                                  )
17
18       IT IS HEREBY STIPULATED by and between Plaintiff United
19  States of America, by and through Acting United States Attorney
20  Lawrence G. Brown and Assistant U.S. Attorney Todd Leras,
21  Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul
22  Cuevas, and Attorney Ron Peters, Counsel for Defendant Oscar
23  Sauceda Cuevas, that the status conference scheduled for April 2,
24  2009, be continued to April 30, 2009, at 9:00 a.m.
25       The request to continue the status conference is made on the
26  ground that the government is preparing supplemental discovery
27  and anticipates delivering it to defense counsel by April 10,
28  2009.  Defense counsel need time to review the supplemental
```

1

discovery and discuss it with their respective clients.  The government and both defendants agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

Kathryn Kohlman Druliner and Ron Peters agree to this request and have authorized Assistant United States Attorney Todd Leras to sign this stipulation on their behalf.

DATED: April 1, 2009          By: /s/ Todd D. Leras
                                  TODD D. LERAS
                                  Assistant U.S. Attorney

DATED: April 1, 2009          By: /s/ Todd D. Leras for
                                  KATHRYN KOHLMAN DRULINER
                                  Attorney for Defendant
                                  SAUL CUEVAS

DATED: April 1, 2009          By: /s/ Todd D. Leras for
                                  RON PETERS
                                  Attorney for Defendant
                                  OSCAR SAUCEDA CUEVAS

**IT IS HEREBY ORDERED:**

1. The status conference set for April 2, 2009 is continued to April 30, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including April 30, 2009.

IT IS SO ORDERED.

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE