```
LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-00565 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| SAUL CUEVAS, and OSCAR SAUCEDA CUEVAS, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd Leras, Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul Cuevas, and Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the status conference scheduled for April 30, 2009, be continued to June 18, 2009, at 9:00 a.m.

The request to continue the status conference is made on the ground that defense counsel needs time to review supplemental discovery and discuss it with their respective clients. The government and both defendants agree that an exclusion of time is

appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

Kathryn Kohlman Druliner and Ron Peters agree to this request and have authorized Assistant United States Attorney Todd Leras to sign this stipulation on their behalf.

```
DATED: April 29, 2009        By: /s/ Todd D. Leras
                                 TODD D. LERAS
                                 Assistant U.S. Attorney


DATED: April 29, 2009        By: /s/ Todd D. Leras for
                                 KATHRYN KOHLMAN DRULINER
                                 Attorney for Defendant
                                 SAUL CUEVAS

DATED: April 29, 2009        By: /s/ Todd D. Leras for
                                 RON PETERS
                                 Attorney for Defendant
                                 OSCAR SAUCEDA CUEVAS
```

**IT IS HEREBY ORDERED**:

1. The status conference set for April 29, 2009 is continued to June 18, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including June 18, 2009.

IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE