**Law Offices of RON PETERS**
Ron Peters (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone: (916) 922-9270
Facsimile: (916) 922-2465

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-cr-00565 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| SAUL CUEVAS, and ) | |
| OSCAR SAUCEDA CUEVAS, ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd Leras, Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul Cuevas, and Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the initial status conference scheduled for September 24, 2009, be continued to November 5, 2009 at 9:00 a.m.

All parties need additional time to discuss terms of a potential plea agreement. The government and both defendants agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

Kathryn Kohlman Druliner and U.S. Attorney Todd Leras agree to this request and have authorized Ron Peters to sign this stipulation on their behalf.

///

///

1

DATE: September 23, 2009                     By: /s/ Ron Peters
                                             RON PETERS
                                             Attorney for Defendant
                                             OSCAR SAUCEDA CUEVAS

DATE: September 23, 2009                     By: /s/ Ron Peters for
                                             TODD D. LERAS
                                             Assistant U.S. Attorney

DATE: September 23, 2009                     By: /s/ Ron Peters for
                                             KATHRYN KOHLMAN DRULINER
                                             Attorney for Defendant
                                             SAUL CUEVAS

**ORDER**

**IT IS HEREBY ORDERED**

1. The status conference set for September 24, 2009 is continued to November 5, 2009 at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including November 5, 2009

IT IS SO ORDERED.

Dated:  September 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE