1  **Law Offices of RON PETERS**
   **Ron Peters (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone: (916) 922-9270**
   **Facsimile: (916) 922-2465**
4
   **Attorney for**
5  **Oscar Sauceda Cuevas**

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   CR. S-08-565 MCE
                                      )
11 |        Plaintiff,                )
                                      )   STIPULATION AND
12 |                                  )   ORDER CONTINUING STATUS
      v.                              )   CONFERENCE
13 |                                  )
      SAUL CUEVAS, and                )
14 |  OSCAR SAUCEDA CUEVAS,           )
                                      )
15 |        Defendants.               )
                                      )

16

17        **IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, by

18 and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney

19 Todd Leras, Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul Cuevas, and

20 Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the status conference

21 scheduled for May 6, 2010 at 9:00 am be continued to July 22, 2010 at 9:00 a.m.

22        All parties need additional time to discuss terms of a potential plea agreement.

23  The government and both defendants agree that an exclusion of time is appropriate under 18

24 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

25        Kathryn Kohlman Druliner and U.S. Attorney Todd Leras agree to this request and have

26 authorized Ron Peters to sign this stipulation on their behalf.

27 ///

28 ///

                                        1

| | |
|---|---|
| 1  DATE: May 3, 2010 | By: /s/ Ron Peters |
| 2 | RON PETERS |
| 3 | Attorney for Defendant<br>OSCAR SAUCEDA CUEVAS |
| 4 | |
| 5  DATE: May 3, 2010 | By: /s/ Ron Peters for<br>TODD D. LERAS<br>Assistant U.S. Attorney |
| 6 | |
| 7 | |
| 8  DATE: May 3, 2010 | By: /s/ Ron Peters for<br>KATHRYN KOHLMAN DRULINER<br>Attorney for Defendant |
| 9 | SAUL CUEVAS |

**IT IS HEREBY ORDERED**

1. The status conference set for May 6, 2010 is continued to July 22, 2010 at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including July 22, 2010.

IT IS SO ORDERED.

Dated: May 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE