1  **Law Offices of RON PETERS**
   **Ron Peters (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone: (916) 922-9270**
   **Facsimile: (916) 922-2465**
4
   **Attorney for**
5  **Oscar Sauceda Cuevas**

6

7              **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 **UNITED STATES OF AMERICA,**      )      **CR. S-08-565 MCE**
                                       )
11              **Plaintiff,**         )
                                       )
12                                     )      **STIPULATION AND**
                                       )      **ORDER CONTINUING STATUS**
         **v.**                        )      **CONFERENCE**
13                                     )
   **SAUL CUEVAS, and**                )
14 **OSCAR SAUCEDA CUEVAS,**           )
                                       )
15              **Defendants.**        )
                                       )
16 ─────────────────────────────────── )

17         **IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, by

18 and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney

19 Todd Leras, Attorney Kathryn Kohlman Druliner, Counsel for Defendant Saul Cuevas, and

20 Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the status conference

21 scheduled for September 2, 2010 at 9:00 am  be continued to October 21, 2010 at 9:00 a.m.

22         All parties need additional time to discuss terms of a potential plea agreement.

23   The government and both defendants agree that an exclusion of time is appropriate under 18

24 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

25         Kathryn Kohlman Druliner and U.S. Attorney Todd Leras agree to this request and have

26 authorized Ron Peters to sign this stipulation on their behalf.

27 ///

28 ///

                                        1

DATE: August 31, 2010                    By: /s/ Ron Peters

                                         RON PETERS
                                         Attorney for Defendant
                                         OSCAR SAUCEDA CUEVAS

DATE: August 31, 2010                    By: /s/ Ron Peters for

                                         TODD D. LERAS
                                         Assistant U.S. Attorney

DATE: August 31, 2010                    By: /s/ Ron Peters for

                                         KATHRYN KOHLMAN DRULINER
                                         Attorney for Defendant
                                         SAUL CUEVAS

**IT IS HEREBY ORDERED**

1.      The status conference set for September 2, 2010  is continued to October 21, 2010 at 9:00 a.m.

2.      Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including October 21, 2010.


IT IS SO ORDERED.

Dated:  September 1, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE