1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   HANNAH R. LABAREE, Bar #294338
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    SAUL CUEVAS
7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            No.  Cr. S 08-565 MCE

12              Plaintiff,               **AMENDED STIPULATED MOTION AND
                                         ORDER TO REDUCE SENTENCE
13       v.                              PURSUANT TO 18 U.S.C. § 3582(c)(2)**

14  SAUL CUEVAS,                         RETROACTIVE DRUGS-MINUS-TWO
                                         REDUCTION CASE
15              Defendant.

16                                       Judge:  Honorable MORRISON C. ENGLAND

17          Defendant, SAUL CUEVAS, by and through his attorney, Assistant Federal Defender

18  Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

19  Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20          1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24          2.      On June 9, 2011, this Court sentenced Mr. Cuevas to a term of 108 months

25  imprisonment;

26          3.      His total offense level was 31, his criminal history category was I, and the

27  resulting guideline range was 108 to 135 months;

28

4.     The sentencing range applicable to Mr. Cuevas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Cuevas' total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months;

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Cuevas' term of imprisonment to 87 months.

Respectfully submitted,

Dated:  July 21, 2015                    Dated:  July 21, 2015

BENJAMIN B. WAGNER                HEATHER E. WILLIAMS
United States Attorney                   Federal Defender


*/s/ Jason Hitt*_____                   */s/ David M. Porter*___
JASON HITT                               DAVID M. PORTER
Assistant U.S. Attorney                  Assistant Federal Defender

Attorney for Plaintiff                   Attorney for Defendant
UNITED STATES OF AMERICA       SAUL CUEVAS

1

**ORDER**

2       This matter came before the Court on the stipulated motion of the defendant for reduction

3   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4       The parties agree, and the Court finds, that Mr. Cuevas is entitled to the benefit

5   Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended

6   guideline range of 87 to 108 months.

7       IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2011 is

8   reduced to a term of 87 months.

9       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

10   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

11   reduction in sentence, and shall serve certified copies of the amended judgment on the United

12   States Bureau of Prisons and the United States Probation Office.

13       Unless otherwise ordered, Mr. Cuevas shall report to the United States Probation Office

14   within seventy-two hours after his release.

15       IT IS SO ORDERED.

16   Dated:  July 27, 2015

17

18                                                     _____
                                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
19                                                     UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28